IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,             No. CIV S-97-1895 GEB KJM

    vs.                           DEATH PENALTY CASE

JILL BROWN,
Acting Warden of San Quentin
State Prison

    Respondent.          <u>ORDER</u>

                             /

Respondent requests an extension of time to file her opposition to petitioner's motion for an evidentiary hearing. Within five days of the filed date of this order, petitioner shall file any response to respondent's May 10, 2005 request.

DATED: May 12, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

alvarezevioppoeot.or

1