IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,

vs.

JILL BROWN,
Acting Warden of San Quentin State Prison,

    Respondent.

/

No. CIV S-97-1895 GEB KJM

DEATH PENALTY CASE

ORDER

Respondent requests a third extension of time to file her opposition to petitioner's motion for an evidentiary hearing. Petitioner does not oppose this request. Good cause appearing, IT IS HEREBY ORDERED that respondent's May 10, 2005 request for an extension of time is granted. Respondent's opposition to petitioner's motion for an evidentiary hearing shall be filed by July 10, 2005.

DATED: May 17, 2005.

    UNITED STATES MAGISTRATE JUDGE

alvarezevioppoeot.or

1