IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,

vs.

JILL BROWN,
Acting Warden of San Quentin State Prison

    Respondent.

No. CIV S-97-1895 GEB KJM

DEATH PENALTY CASE

ORDER

Respondent requests a fourth extension of time to file her opposition to petitioner's motion for an evidentiary hearing. Petitioner does not oppose the request.

Good cause appearing, IT IS HEREBY ORDERED that respondent's July 5, 2005 application for an extension of time is granted. By September 8, 2005, respondent shall file her opposition to petitioner's motion for an evidentiary hearing.

DATED: July 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

alvarezevioppoeot.or4

1