IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,

vs.

JAMES STOKES,
Acting Warden of San Quentin State Prison,[1]

    Respondent.

No. CIV S-97-1895 GEB KJM

DEATH PENALTY CASE

ORDER

---

Respondent requests a fifth extension of time to file his opposition to petitioner's motion for an evidentiary hearing. Petitioner does not oppose the request. Good cause appearing, IT IS HEREBY ORDERED that respondent's September 8, 2005 request for an extension of time is granted. By November 7, 2005, respondent shall file his opposition to petitioner's motion for an evidentiary hearing.

DATED: September 19, 2005.

                              UNITED STATES MAGISTRATE JUDGE

alvarezevioppoeot.or

---

[1] Mr. Stokes is substituted for his predecessor, Jill Brown, as Acting Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

1