IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,

vs.

JAMES STOKES,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-1895 GEB KJM

DEATH PENALTY CASE

ORDER

Respondent requests a sixth extension of time to file an opposition to petitioner's motion for an evidentiary hearing. Petitioner does not oppose respondent's request. Good cause appearing, respondent's November 7, 2005 request for enlargement of time is granted. By January 6, 2006 respondent shall file his opposition to petitioner's motion for an evidentiary hearing.

DATED: November 17, 2005.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE

alvarezevioppoeot.or6