IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MACHADO ALVAREZ,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>STEVEN W. ORNOSKI, Acting Warden,<br><br>　　　　　　　　　　　　Respondent. | CIV S-97-1895 GEB KJM<br><br>**ORDER** |

The court hereby grants Respondent's eighth request for an enlargement of time to file an opposition to petitioner's motion for an evidentiary hearing. Respondent's opposition shall be filed by May 6, 2006.

DATED: March 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE