1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,               No. CIV S-97-1895 GEB KJM

    vs.                         DEATH PENALTY CASE

EDDIE YLST,
Acting Warden of San Quentin
State Prison,
    Respondent.            ORDER

_____/

        Respondent seeks an incredible ninth extension of time to file his opposition to petitioner's motion for an evidentiary hearing. Petitioner does not oppose the requested extension. While the undersigned has been amenable to past extension requests, particularly because a new attorney had been assigned to represent respondent, the court has a responsibility to manage this action expeditiously in addition to managing it fairly. Petitioner filed the motion for evidentiary hearing in November 2004. Respondent's opposition was initially due in January 2005. If the court grants this most recent request, respondent will have had more than nineteen months, or over a year and a half, to prepare an opposition.

/////

/////

1

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Respondent's ninth request for an extension of time to file his opposition to petitioner's motion for an evidentiary hearing is granted. Respondent shall file the opposition by July 5, 2006.

2. Absent extraordinarily unusual circumstances, the undersigned will grant no further extensions to respondent to file the opposition.

3. In addition to those normally served, the Clerk of the Court is directed to serve this order upon Stan Cross, Supervising Deputy Attorney General.

DATED: May 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

alvarezevioppo.eot