IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,

vs.

ROBERT L. AYERS,
Warden of San Quentin State Prison,

    Respondent.
_____/

No. CIV S-97-1895 GEB KJM

DEATH PENALTY CASE

ORDER

Respondent seeks to file under seal a three-page memorandum, which accompanied his Informal Response before the California Supreme Court. On December 17, 2007, respondent lodged the Informal Response with this court. Within seven days of the filed date of this order, petitioner shall file a response to respondent's December 17, 2007 Request to Seal.

DATED: December 18, 2007.

_____
U.S. MAGISTRATE JUDGE

1