IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL MACHADO ALVAREZ, | | |
| | Petitioner, | No. CIV S-97-1895 GEB KJM |
| vs. | | DEATH PENALTY CASE |
| ROBERT L. AYERS, Jr.,<br>Warden of San Quentin<br>State Prison, | | |
| | Respondent. | ORDER |

Good cause appearing, and without opposition from petitioner, respondent's December 17, 2007 Request to File under Seal is granted. The Clerk of the Court is directed to file under seal the Informal Response lodged by respondent on December 17.

DATED: January 7, 2008.

_____
U.S. MAGISTRATE JUDGE

alvarezseal.or

1