DANIEL J. BRODERICK, # 89424
Federal Defender
HARRY SIMON, Bar #133112
JENNIFER MANN, Bar # 215737
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile:  (916) 498-6656

Attorneys for Petitioner
MANUEL MACHADO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MACHADO ALVAREZ, | NO. 2:97-cv-01895-GEB-KJN |
| Petitioner, | **CAPITAL CASE** |
| v. | |
| WARDEN, San Quentin State Prison, | **ORDER GRANTING REQUEST TO CONTINUE STATUS CONFERENCE AND MODIFY BRIEFING SCHEDULE** |
| Respondent. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

1. The status hearing and scheduling conference, set for September 8, 2011, at 10:00 a.m, in Courtroom #25, is rescheduled for October 6, 2011, at 10:00 a.m.

2. In preparation for the October 6 conference, and before September 28, 2011, counsel shall meet and confer about (1) the effect of *Cullen v. Pinholster*, 131 S. Ct. 1388 (2011), on these proceedings; and (2) a schedule for filing the remaining pleadings and for litigating any procedural issues.

3. By September 28, counsel shall file a joint statement regarding their discussions about the effect of *Pinholster* and a proposed schedule.  If counsel do not agree about the effect of *Pinholster*, they

////

////

Order Continuing Status Conf.
And Modifying Briefing Schedule                -1-            *Alvarez v. Warden*, 2:97-cv-01895-GEB-KJN

shall also file by September 28 separate memoranda of points and authorities regarding the effect of *Pinholster* on these proceedings.

Dated: August 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order Continuing Status Conf.
And Modifying Briefing Schedule           -2-           *Alvarez v. Warden*, 2:97-cv-01895-GEB-KJN