IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,                    No. 2:97-cv-01895 GEB KJN

    vs.                             DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.                ORDER

_____/

          On January 18, 2012, petitioner lodged documents with the court.  (Dkt. No. 320.) Petitioner requests that some of these documents, lodged in the form of a CD, be lodged under seal.  Requests to lodge documents under seal should be made in conformance with Local Rule 141.  Petitioner's January 18 Notice of Lodging shall be deemed to satisfy the notice requirements of Local Rule 141(b).  However, petitioner must also submit a request and proposed order pursuant to that subsection.

////

////

////

////

1

1  Pending resolution of petitioner's request to lodge under seal, the Clerk of Court
2  is directed to hold under seal petitioner's CD, lodged January 18, 2012, which is marked for
3  lodging under seal.
4  DATED: January 31, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alvarez lodge seal.or