1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANUEL MACHADO ALVAREZ,

11          Petitioner,                    No. 2:97-cv-01895 GEB KJN

12      vs.                                DEATH PENALTY CASE

13   WARDEN,
      San Quentin State Prison,

14          Respondent.                    ORDER

15   _____/

16

17          Petitioner seeks to lodge under seal certain state court records. (Dkt. Nos. 320,

18   322.)  The request to seal is based on the fact these records contain confidential medical

19   information of a non-party.  Respondent does not oppose the request.

20          Good cause appearing, IT IS HEREBY ORDERED as follows:

21          1.  Petitioner's February 3, 2012 Request to Seal Documents is granted.  The

22   Clerk of the Court is directed to lodge under seal the memorandum and exhibit that was filed

23   under seal by the California Supreme Court on November 19, 2009 in In re Alvarez, case No.

24   S146501, which petitioner submitted to this court on January 18, 2012.  See Petitioner's Notice

25   of Lodging (Dkt No.  320).

26   ////

1

1        2. The Clerk of the Court is also directed to file under seal petitioner's February

2  3, 2012 Request to Seal Documents and proposed order.

3  DATE:  February 7, 2012

4

5                                          _____

6                                          KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

7  alvarez lodge seal.or2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26