IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL MACHADO ALVAREZ,

    Petitioner,                   No. 2:97-cv-01895 GEB KJN

    vs.                          DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.                ORDER

_____/

       Petitioner seeks to lodge under seal certain state court records. (Dkt. Nos. 320, 322.)  The request to seal is based on the fact these records contain confidential medical information of a non-party.  Respondent does not oppose the request.

       Good cause appearing, IT IS HEREBY ORDERED as follows:

       1. Petitioner's February 3, 2012 Request to Seal Documents is granted.  The Clerk of the Court is directed to lodge under seal the memorandum and exhibit that was filed under seal by the California Supreme Court on November 19, 2009 in <u>In re Alvarez</u>, case No. S146501, which petitioner submitted to this court on January 18, 2012.  <u>See</u> Petitioner's Notice of Lodging (Dkt No. 320).

////

2. The Clerk of the Court is also directed to file under seal petitioner's February 3, 2012 Request to Seal Documents and proposed order.

DATE: February 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alvarez lodge seal.or2