1    DANIEL J. BRODERICK, Bar # 89424
    Federal Defender
2    HARRY SIMON, Bar #133112
    JENNIFER MANN, Bar # 215737
3    Assistant Federal Defenders
    801 I Street, Third Floor
4    Sacramento, California 95814
    Telephone: (916) 498-6666
5    Facsimile:  (916) 498-6656
    E-mail:  jennifer_mann@fd.org
6

7    Attorneys for Petitioner
    MANUEL MACHADO ALVAREZ

8

            IN THE UNITED STATES DISTRICT COURT
9

           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12   MANUEL MACHADO ALVAREZ,     )   NO. 2:97-cv-01895-GEB-KJN
                                         )
13          Petitioner,              )   **CAPITAL CASE**
                                         )
14        v.                        )
                                         )   **ORDER GRANTING UNOPPOSED REQUEST**
15   WARDEN, San Quentin State Prison,   )   **TO MODIFY THE SCHEDULE FOR FILING**
                                         )   **BRIEFS REGARDING PETITIONER'S**
16        Respondent.          )   **SATISFACTION OF 28 U.S.C. §2254(d)**
                                         )
17   _____ )

18

19        On October 11, 2011, this Court issued an Order (Doc. 319) setting forth a schedule for the filing

20 of briefs addressing the satisfaction of 28 U.S.C. § 2254(d) for each claim in Mr. Alvarez's second

21 amended petition.  On May  15, 2012, Petitioner filed his Unopposed Request to Modify the Schedule for

22 Filing Briefs Regarding Petitioner's Satisfaction of 28 U.S.C. § 2254(d).

23        FOR GOOD CAUSE SHOWN, the Court now orders as follows:

24        The time for petitioner to file a brief addressing whether each claim contained in his second

25 amended petition satisfies 28 U.S.C. § 2254(d) is extended to July 22, 2012.  By March 19, 2013,

26 ////

27 ////

28

1   Respondent shall file a brief responding to petitioner's brief.  By June 17, 2013, petitioner shall file any

2   reply to respondent's brief.

3          **IT IS SO ORDERED**

4   DATE:  May 16, 2012

5

6

7   _____
    KENDALL J. NEWMAN
8   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Petitioner's Unopposed Req.
to Modify the Schedule for Filing 2254(d) Briefs          -2-          *Alvarez v. Warden*, 2:97-cv-01895-GEB-KJN