DANIEL J. BRODERICK, Bar # 89424
Federal Defender
HARRY SIMON, Bar #133112
JENNIFER MANN, Bar # 215737
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile:  (916) 498-6656
E-mail: jennifer_mann@fd.org

Attorneys for Petitioner
MANUEL MACHADO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MACHADO ALVAREZ,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, San Quentin State Prison,<br><br>  Respondent.<br>_____ | NO. 2:97-cv-01895-GEB-KJN<br><br>**CAPITAL CASE**<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO MODIFY THE SCHEDULE FOR FILING BRIEFS REGARDING PETITIONER'S SATISFACTION OF 28 U.S.C. §2254(d)** |

  On October 11, 2011, this Court issued an Order (Doc. 319) setting forth a schedule for the filing of briefs addressing the satisfaction of 28 U.S.C. § 2254(d) for each claim in Mr. Alvarez's second amended petition. On May 15, 2012, Petitioner filed his Unopposed Request to Modify the Schedule for Filing Briefs Regarding Petitioner's Satisfaction of 28 U.S.C. § 2254(d).

  FOR GOOD CAUSE SHOWN, the Court now orders as follows:

  The time for petitioner to file a brief addressing whether each claim contained in his second amended petition satisfies 28 U.S.C. § 2254(d) is extended to July 22, 2012. By March 19, 2013,

////

////

Respondent shall file a brief responding to petitioner's brief.  By June 17, 2013, petitioner shall file any reply to respondent's brief.

**IT IS SO ORDERED**

DATE: May 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE