IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL MACHADO ALVAREZ,** | No. 2:97-CV-01895-GEB-KJN DP |
| Petitioner, | **ORDER** |
| v. | |
| **ARTHUR CALDERON, Warden,** | |
| Respondent. | |

Good cause appearing, and without opposition from petitioner, this Court hereby grants Respondent's request to file under seal Respondent's Partial Opposition to Petitioner's Second-Amended Petition for Writ of Habeas Corpus (ECF No. 348).

The Clerk of the Court is directed to file under seal respondent's September 16, 2013 Request to Seal Partial Opposition to Second-Amended Petition, respondent's September 16, 2013 Conditionally Sealed Partial Opposition to Second-Amended Petition, and the proof of service of these documents.

Dated:  October 1, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE