HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HARRY SIMON, Bar #133112
JENNIFER MANN, Bar #215737
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile: 916/498-6656
E-mail: jennifer_mann@fd.org

Attorneys for Petitioner
MANUEL MACHADO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MACHADO ALVAREZ,<br><br>Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 2:97-cv-1895-GEB-KJN<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Petitioner seeks an extension of time of 60 days to file his reply to Respondent's opposition to Petitioner's second amended petition for writ of habeas corpus. Pursuant to the Order dated October 16, 2014, Petitioner's reply brief is due on January 12, 2015. His counsel state the press of work on other cases makes the extension necessary. Respondent does not oppose the request. The Court, being fully informed in the matter, finds the request (ECF No. 359) is supported by GOOD CAUSE and should be GRANTED.

Petitioner shall file his reply brief no later than March 13, 2015.

IT IS SO ORDERED.

Dated: January 8, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order                                                                                                              GEB-KJN